UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERBILICIOUS MUSIC, et al.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SCREENBUZZ ENTERTAINMENT LLC, et al.,<br><br>        Defendant(s). | CASE NO. C24-1677-KKE<br><br>ORDER TO SHOW CAUSE |

The clerk entered an order of default against Defendants on January 24, 2025. Dkt. No. 11. Since that date, Plaintiffs have not moved for default judgment or otherwise taken any action in this matter. The Court therefore ORDERS Plaintiffs to SHOW CAUSE why this case should not be dismissed for failure to prosecute, no later than April 25, 2025.

Dated this 27th day of March, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1