UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERBILICIOUS MUSIC, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SCREENBUZZ ENTERTAINMENT LLC, et al., <br><br> Defendant(s). | CASE NO. C24-1677-KKE <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE |

The Court previously ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute, given that months had elapsed since the entry of default against Defendants and Plaintiffs had not moved for default judgment. Dkt. No. 12. Before the expiration of the deadline to respond, Plaintiffs filed a motion for default judgment. Dkt. No. 13. The Court therefore DISCHARGES the order to show cause and will resolve the motion for default judgment in due course.

Dated this 10th day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISCHARGING ORDER TO SHOW CAUSE - 1